

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FROILAN HERNANDEZ-GOMEZ,<br>a/k/a ANDRES ROMAN, a/k/a CELEDORIO PEREZ,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:   Criminal Action No. 05-70<br>:<br>:<br>:<br>:<br>: |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### COUNT I

On or about June 27, 2005, in the District of Delaware, Froilan Hernandez-Gomez, a/k/a Andres Roman, a/k/a Celedorio A. Perez, the defendant, an alien and subject of Mexico who had been arrested and deported from the United States on three occasions - on or about December 21, 1999, in or around February 2004, and on or about January 27, 2005, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, all in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

　　　　　　　　　　　　　　　　　　　　　　A TRUE BILL:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 14, 2005

```
F I L E D
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```