IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05- 70 |
| FROILAN HERNANDEZ-GOMEZ,<br>a/k/a ANDRES ROMAN,<br>a/k/a CELEDORIO PEREZ, | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Froilan Hernandez-Gomez, a/k/a Andres Roman, a/k/a Celedorio Perez, pursuant to an Indictment returned against him by the Federal Grand Jury on July 14, 2005.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 14, 2005

AND NOW, this 14th day of July, 2005, based upon the foregoing Motion,

FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Froilan Hernandez-Gomez, a/k/a Andres Roman, a/k/a Celedorio Perez.

_____
HONORABLE ~~MARY PAT THYNGE~~
U~~nited States Magistrate~~ Judge
Gregory M. Sleet
United States District Judge