**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-70-JJF |
| | : | |
| FROILAN HERNANDEZ-GOMEZ, | : | |
| | : | |
| Defendant. | : | |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by its attorney, Beth Moskow-Schnoll, Assistant United States Attorney, with the knowledge and consent of Colm F. Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. The defendant is scheduled to appear before this Court on July 28, 2005, at 1:00 p.m. for his initial appearance on re-entry after deportation charges.

2. The defendant is currently being held at Sussex Correctional Institute in Georgetown, Delaware on pending State charges and must be writted out before this Court can conduct an initial appearance on the pending indictment.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the United States Marshal for the District of Delaware and to the Warden of Sussex Correctional Institute, to deliver Froilan Hernandez-Gomez to the

office of the United States Marshal for the District of Delaware on July 28, 2005, at 1:00 p.m. with the defendant being returned to State custody after the hearing.

                                    COLM CONNOLLY
                                    United States Attorney

                      BY:_____
                          Beth Moskow-Schnoll
                          Assistant United States Attorney

Dated: July 21, 2005

      IT IS SO ORDERED this ___ day of July, 2005.

                               _____
                               Honorable Mary Pat Thynge
                               United States Magistrate Judge