**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>  v.<br><br>**FROILAN HERNANDEZ-GOMEZ**<br>   Defendant. | §<br>§<br>§ CRIMINAL ACTION NO. **CR 05-70-JJF**<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
   WARDEN OF SUSSEX CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

 We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **FROILAN HERNANDEZ-GOMEZ** who is now detained and imprisoned in the **SUSSEX CORRECTIONAL INSTITUTE** and who is a defendant in the above-entitled cause, in which cause the said **FROILAN HERNANDEZ-GOMEZ** was charged with a RE-ENTRY AFTER DEPORTATION in violation of of 8 U.S.C. SECTION 1326 for an **INITIAL APPEARANCE ON JULY 28, 2005 AT 1:00 PM**, and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the custody of the Warden of Sussex Correctional Institute.

 And have you then and there this writ.

 To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 25th day of July 2005.

FILED
JUL 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: /s/ [signature]
  Deputy Clerk