UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Criminal Action No. 05-70-JJF |
| : | |
| FROILAN HERNANDEZ-GOMEZ : | |
| : | |
| : | |
| Defendant. : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Froilan Hernandez-Gomez, in the above-captioned matter.

/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  August 1, 2005

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Froilan Hernandez-Gomez hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on August 1, 2005, to:

> Beth Moskow-Schnoll, Esquire
> Assistant United States Attorney
> 1007 Orange Street, Suite 700
> Wilmington, DE  19801

> /s/ Eleni Kousoulis
> ELENI KOUSOULIS, ESQUIRE
> Assistant Federal Public Defender
> First Federal Plaza, Suite 110
> 704 King Street
> Wilmington, DE  19801

DATED: August 1, 2005