AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     **DELAWARE**

UNITED STATES OF AMERICA

V.

FROILAN HERNANDEZ-GOMEZ

**WARRANT FOR ARREST**

Case Number: CR 05-70-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **FROILAN HERNANDEZ-GOMEZ**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court  Violation  Probation Violation Petition

charging him or her     (brief description of offense)

RE-ENTRY AFTER DEPORTATION

in violation of     8     United States Code, Section(s)     1326(a) and (b)(1)

Peter T. Dalleo
Name of Issuing Officer

By: [signature]; Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

7/15/ 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

2005 AUG -3 AM 9:20

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Froilan Hernandez-Gomez

| DATE RECEIVED 7-15-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7-28-05 | William David, Dean | William [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

FID 888373

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN
PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____      WEIGHT: _____

SEX: _____      RACE: _____

HAIR: _____      EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____