IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-70 JJF |
| FROILAN HERNANDEZ-GOMEZ, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court received a proposed Memorandum of Plea Agreement (D.I. 12) in the above-captioned case;

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that a Rule 11 hearing will be held on **Wednesday, September 7, 2005, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

August 22, 2005
DATE

UNITED STATES DISTRICT JUDGE