## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-70-JJF |
| | : | |
| FROILAN HERNANDEZ-GOMEZ, | : | |
| a/k/a ANDRES ROMAN, | : | |
| a/k/a  CELEDORIO PEREZ, | : | |
| | : | |
| Defendant. | : | |

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Beth Moskow-

Schnoll, Assistant United States Attorney, with the knowledge and consent of Colm F. Connolly,

United States Attorney for the District of Delaware, respectfully shows:

1.    The defendant is scheduled to appear before this Court on September 7,

2005, at 3:00 p.m. for a guilty plea hearing on re-entry after deportation charges and for an initial

appearance on revocation of his supervised release.

2.    The defendant is currently being held at Sussex Correctional Institute in

Georgetown, Delaware on pending State charges and must be writted out before this Court can

conduct the scheduled hearing.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue

a writ of habeas corpus ad prosequendum to the United States Marshal for the District of

Delaware and to the Warden of Sussex Correctional Institute, to deliver Froilan Hernandez-

Gomez, a/k/a Andres Roman, a/k/a Celedorio Perez, to the office of the United States Marshal

for the District of Delaware on September 7, 2005, at 3:00 p.m. with the defendant being

returned to State custody after the hearing.

COLM CONNOLLY
United States Attorney

BY:_____/s/_____

Beth Moskow-Schnoll
Assistant United States Attorney

Dated: August 18, 2005

IT IS SO ORDERED this 23 day of August, 2005.

Honorable Joseph J. Farnan, Jr.
United States District Judge