IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
        Plaintiff,               :
                                :
    v.                          : Criminal Action No. 05-70 JJF
                                :
FROILAN HERNANDEZ-GOMEZ,        :
                                :
        Defendant.              :

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Wednesday, December 7, 2005, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.


September 14, 2005            _____
    DATE                      UNITED STATES DISTRICT JUDGE