IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-70-JJF |
| | : | |
| FROILAN HERNANDEZ-GOMEZ, | : | |
| a/k/a ANDRES ROMAN, | : | |
| a/k/a CELEDORIO PEREZ, | : | |
| | : | |
| Defendant. | : | |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by its attorney, Beth Moskow-Schnoll, Assistant United States Attorney, with the knowledge and consent of Colm F. Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. The defendant is scheduled to appear before this Court on December 7, 2005, at 12:30 p.m. for sentencing on a re-entry after deportation charge and for a revocation hearing.

2. The defendant is currently being held at Sussex Correctional Institute in Georgetown, Delaware on pending State charges and must be writted out before this Court can conduct the scheduled hearing.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the United States Marshal for the District of Delaware and to the Warden of Sussex Correctional Institute, to deliver Froilan Hernandez-Gomez, a/k/a Andres Roman, a/k/a Celedorio Perez, to the office of the United States Marshal

for the District of Delaware on December 7, 2005, at 12:30 p.m. with the defendant being returned to State custody after the hearing.

                              COLM CONNOLLY
                              United States Attorney


BY:    /s/
      Beth Moskow-Schnoll
      Assistant United States Attorney

Dated: November 16, 2005

IT IS SO ORDERED this ____ day of November, 2005.

                Honorable Joseph J. Farnan, Jr.
                United States District Judge