IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| | : Criminal Action No. 05-70-JJF |
| v. | : |
| FROILAN HERNANDEZ-GOMEZ, a/k/a ANDRES ROMAN, a/k/a CELEDORIO PEREZ, | : |
| Defendant. | : |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND THE WARDEN OF SUSSEX CORRECTIONAL INSTITUTE, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said Froilan Hernandez-Gomez who is now detained and imprisoned in Sussex Correctional Institute and who is a defendant in the above-entitled cause, in which cause the said Froilan Hernandez-Gomez was charged with violations of his term of supervised release, to appear before a Sentencing Hearing on **Wednesday, December 7, 2005, at 12:30 p.m.** in the United States District Court for the District of Delaware. Mr. Hernandez-Gomez will then be returned to State custody upon completion of the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Joseph J. Farnan, Jr., U.S. District Court Judge of the District Court of the United States for the District of Delaware, this 17th day of November, 2005.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk