IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, §
    Plaintiff, §
§ CRIMINAL ACTION NO. **CR 05-70-JJF**
v. §
AKA: Andres Roman §
**FROILAN HERNANDEZ-GOMEZ** §
    Defendant.

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
    WARDEN OF SUSSEX CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **FROILAN HERNANDEZ-GOMEZ** who is now detained and imprisoned in the **SUSSEX CORRECTIONAL INSTITUTE** and who is a defendant in the above-entitled cause, in which cause the said **FROILAN HERNANDEZ-GOMEZ** was charged with a RE-ENTRY AFTER DEPORTATION in violation of of 8 U.S.C. SECTION 1326 for an **INITIAL APPEARANCE ON JULY 28, 2005 AT 1:00 PM**, and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the custody of the Warden of Sussex Correctional Institute.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 25th day of July 2005.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
Y _____ 7/25/05
Deputy Clerk

... Hernandes-Gomez
Fed. Cent.
On 7/28/05

United States Marshal
By: [signature]
Deputy Marshal

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 NOV 21   AM 8:58

